UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 16, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| )  | Case No. 2:12MJ00126-GGH-1 |
| Plaintiff,      ) | |
| v.      ) | ORDER FOR RELEASE OF |
| )  | PERSON IN CUSTODY |
| ANTHONY RENFROW,      ) | |
| )  | |
| Defendant.      ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ANTHONY RENFROW__ , Case No. __2:12MJ00126-GGH-1__ , Charge __18USC § 371 & 1349, 18USC § 1342, & 2__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)      __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 16, 2012__ at __2:00 pm__ .

                By   /s/ Gregory G. Hollows
                      Gregory G. Hollows
                      United States Magistrate Judge

Copy 5 - Court